# EGAN, LEV & SIWICA, P.A.
## ATTORNEYS AND COUNSELORS AT LAW

JOSEPH EGAN, JR.
TOBE M. LEV
RICHARD P. SIWICA
KATHRYN S. PISCITELLI
CAROL R. BUXTON

POST OFFICE BOX 2231
ORLANDO, FLORIDA 32802-2231
TEL (407) 422-1400
FAX (407) 422-3658

STREET ADDRESS
231 E. COLONIAL DRIVE
ORLANDO, FLORIDA

April 6, 2005

Patty Spivey, Esquire
Dean, Ringers, Morgan and Lawton, P.A.
P.O. Box 2928
Orlando, FL 32802

Re: *Freytes-Torres v. City of Sanford, M.D. Fla*
Case No. 6:03-cv-1732-Orl-22KRS

### AMENDED INVOICE

EEOC Records Request

Bate Stamped 1296 through 1457 = 162 pages @ $.15 — $24.30

0021-0706          TOTAL:     $24.30

PLEASE MAKE CHECKS PAYABLE TO EGAN, LEV & SIWICA, P.A.
Due and payable upon receipt

RECEIVED
APR 13 2005
EGAN, LEV, & SIWICA, P.A.

DEAN, RINGERS, MORGAN & LAWTON, P.A. - CLIENT COST ACCOUNT

**79577**

| 04/12/2005 | **Payee:** | Joseph Egan, Esquire | | | By: | HEIDI |
|---|---|---|---|---|---|---|
| | Check # 79577 | for the amount of | $24.30 | | | |
| | For: | | | | | |

Invoice: 00210706
Copy charges    00210706    Freytes-Torres, Paula v Sanford, City of    $24.30

---

**Dean, Ringers, Morgan & Lawton, P.A.**
ATTORNEYS AT LAW
CLIENT COST ACCOUNT
P.O. BOX 2928
ORLANDO, FL 32802
PHONE: (407) 422-4310

COLONIAL BANK
ORLANDO, FLORIDA
63-1322/631

**79577**

NUMBER 79577

04/12/2005         $24.30
DATE              AMOUNT

TWENTY-FOUR AND 30/100

PAY TO THE ORDER OF
Joseph Egan, Esquire
Post Office Box 2231
Orlando, FL 32802

*Heidi M. Cain*
VOID AFTER 180 DAYS

COP-Copy charges / 00210706

⑆079577⑆ ⑈063113222⑈ 8030609914⑈