**Main Identity**

From: "Northwest Airlines" <webuser@lists.nwa.com>
To: <MZAHLER@EGANLEV.COM>
Sent: Tuesday, January 18, 2005 6:34 PM
Subject: Northwest Airlines Trip Summary and Receipt #4R5UNZ



Check-in within 24 hours of your flight.

## Trip Summary and Receipt

Thank you for choosing Northwest Airlines! Below are the flight and E-Ticket details for your confirmed reservation.

Use View / Change Reservations on nwa.com before or during your trip to:
- Request or change seats for each flight on your trip.
- Update frequent flyer information in your reservation.
- View special reservation requests for this itinerary.
- Make changes to any flight in this itinerary.
- Sign up for My NWA Info to receive check-in and flight status alerts.

| NWA Confirmation Number: | 4R5UNZ | |
|---|---|---|
| **Passenger Name** | **E-Ticket Number** | **Frequent Flyer Number** |
| PISCITELLI/KATHRYN S | 0122112221591 | none |
| FREYTESTORRES/PAULA M | 0122112221592 | none |

**The following flights are confirmed:**

| Date: April 6 | | Flight: NW 425 |
|---|---|---|
| Departs: Orlando-Int'l, FL (MCO) at 1:30PM | | |
| Arrives: Detroit-Wayne County Int'l, MI (DTW) at 4:11PM | | |
| Class of Service: Economy Class (V) | | Seat: 14-B, 14-C |
| Flight Duration: 2 hours 41 minutes | | Miles: 957 |
| Meal Service: Meal for sale | | Aircraft: Airbus A320 |

| Date: April 7 | | Flight: NW 428 |
|---|---|---|
| Departs: Detroit-Wayne County Int'l, MI (DTW) at 8:55PM | | |
| Arrives: Orlando-Int'l, FL (MCO) at 11:35PM | | |
| Class of Service: Economy Class (V) | | Seat: 29-B, 29-C |
| Flight Duration: 2 hours 40 minutes | | Miles: 957 |
| Meal Service: None | | Aircraft: Boeing 757-300 |

**The following E-Tickets have been issued:**
Passenger Name: PISCITELLI/KATHRYN.S
Receipt Information for your E-Ticket Number(s): 0122112221591
E-Ticket Issue Date: January 18, 2005

| Flight | Origin-Destination | Date | Fare Basis Code |
|---|---|---|---|
| NW 0425 | MCO-DTW | 06Apr2005 | VPR1450N |
| NW 0428 | DTW-MCO | 07Apr2005 | VPR1450N |
| Base Fare: USD258.61 | Tax: 12.50 | | |
| Tax: 19.40 | Tax: 6.40 | | E-Ticket Total: USD296.91 |

**Fare Calculation:** 7 ORL NW DTT129.31NW ORL129.30 USD258.61END NW ZPMCODTW XT 5.00AY7.50XF MCO3DTW4.5

**Method of Payment:** American Express ************1030

**Other Restrictions:** NON-REFUNDABLE

**Name/Place of Issue:** NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

**Passenger Name:** FREYTESTORRES/PAULA.M

**Receipt Information for your E-Ticket Number(s):** 0122112221592

**E-Ticket Issue Date:** January 18, 2005

| Flight  | Origin-Destination | Date      | Fare Basis Code |
|---------|--------------------|-----------|-----------------|
| NW 0425 | MCO-DTW            | 06Apr2005 | VPR1450N        |
| NW 0428 | DTW-MCO            | 07Apr2005 | VPR1450N        |

**Base Fare:** USD258.61   **Tax:** 12.50

**Tax:** 19.40   **Tax:** 6.40   **E-Ticket Total:** USD296.91

**Fare Calculation:** 7 ORL NW DTT129.31NW ORL129.30 USD258.61END NW ZPMCODTW XT 5.00AY7.50XF MCO3DTW4.5

**Method of Payment:** American Express ************1030

**Other Restrictions:** NON-REFUNDABLE

**Name/Place of Issue:** NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

## Terms and Conditions -

CHECK-IN AND BOARDING REQUIREMENTS: Passengers not checked in at least 30 minutes (except Atlanta, Denver and Tampa which require 45 minutes and Las Vegas which requires 60 minutes) and on-board at least 15 minutes before scheduled departure time for domestic flights; not checked in at least 60 minutes and on-board at least 30 minutes before scheduled departure time for flights to/from Canada, Mexico, the Caribbean, and all other International flights may have their pre-assigned seat assignment and reserved space canceled and will not be eligible for denied boarding compensation. Boarding passes may be obtained at nwa.com check-in, at a Northwest Airlines self-service check-in kiosk or any Northwest check-in position.

LUGGAGE: Free luggage allowance is two pieces of checked luggage and one piece of carry-on luggage. Each passenger is allowed one piece of carry-on luggage, plus a purse or brief case or laptop. Carry-on luggage must fit underneath the passenger seat or in an overhead compartment and cannot exceed 45 in. (9"x14"x22") or 115 cm (25 x 35 x 55) or 40 lbs. (18 kgs) of weight. Maximum size per checked piece is 62 in. (158 cm). For travel within the 50 US, Canada, Mexico and the Caribbean, the maximum free weight allowance is 50 lbs. (23 kg). The fee for luggage weighing over 50 lbs. up to 70 lbs. is $25 USD/$39 CAD per piece; over 70 lbs. up to 100 lbs. the fee is $50 USD/$77 CAD per piece. For travel from the 50 US, Canada and Mexico to other international destinations, the maximum free weight allowance is 70 lbs (32 kg). The fee for luggage that weighs from 70 to 100 lbs (32 kg to 46 kg) varies by destination. Contact Northwest for International Excess luggage fees. Any luggage in excess of 2 checked pieces or that is overweight and/or oversize is subject to excess luggage charges. Regulations require name identification on outside. Northwest reserves the right to restrict carry-on luggage. Northwest will not be responsible for money, jewelry, cameras, video and electronic equipment, silverware, negotiable papers, securities, business documents, samples, paintings, antiques, artifacts, manuscripts, furs, other irreplaceable items or items of similar value contained in checked or unchecked luggage. Liability for loss, delay or damage to luggage is limited unless a higher value is declared in advance and additional charges are paid. For travel wholly between U.S. points, luggage liability is limited to $2,800 per passenger. For most international travel (including domestic portions of international journeys), liability is limited to 1000 SDR's (Special Drawing Rights) per passenger, for checked luggage and unchecked luggage.

CHANGES & REFUNDS: To make a change to your reservation or to inquire about a refund, if applicable, please visit our website at www.nwa.com or call Northwest Airlines Reservations at 1-800-225-2525.

NORTHWEST AIRLINES NOTICE OF INCORPORATED TERMS: Air transportation provided by Northwest Airlines is subject to the Northwest Airlines Passenger Contract of Carriage, (a.k.a. conditions of contract) the terms of which are hereby incorporated by reference. Incorporated terms include but are not restricted to: (1) Limits on liability for personal injury or death. (2) Additional limits on liability for loss, damage, or delay of luggage, including fragile or perishable goods. (3) Claim restrictions, including time periods in which you must file a claim or sue Northwest. (4) Northwest's rights to change terms of the contract. (5) Rules on reservations, reconfirmation, check-in times, refusal to carry, and smoking. (6) Northwest's rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (7) Fare rules, including without limitation penalties for changing itinerary or cancellation of your journey on some restricted fares. (8) Overbooking. If we deny you boarding due to an oversale and you have met all check-in time requirements, with few exceptions, we compensate you. (9) Northwest reserves the right to refuse carriage to any person who is not able to produce positive identification. (10) You may inspect the full text of the contract of carriage online at www.nwa.com or at any Northwest airport. You may obtain a full copy of the text of Northwest Airlines terms by writing to Northwest Airlines, Inc., Customer Care, P.O. Box 1908, Minot, ND, 58701, USA.

WORLDPERKS AWARD TICKET TERMS AND CONDITIONS
Travel with this ticket is permitted only on Northwest Airlines, Northwest designated partner airline flights or other WorldPerks airline partner flights. Travel is valid via routings where Northwest Airlines or participating partners publish a Coach Class fare. Stopovers not permitted within/between the 48 U.S./Canada/Caribbean/Puerto Rico/Mexico. WorldPerks Award Tickets will be valid for one year from date of issue. No extensions will be allowed. (1) This ticket has no cash value and cannot be refunded. (2) Passengers will be responsible for paying all applicable taxes, fees and surcharges (including customs, inspection, security, agriculture and departure charges) and obtaining necessary travel documents. (3) WorldPerks Award Tickets cannot be used in conjunction with discounts/coupons/certificates or promotional offers unless stipulated in the rules of that offer. (4) WorldPerks Award Tickets may require fees for changing, cancelling or redepositing tickets. Please contact Northwest WorldPerks representative or visit nwa.com for details. Domestic and International award travel is subject to the Terms and Conditions published in the current WorldPerks Member's Guide, available free of charge from Northwest Airlines online at

www.nwa.com/freqfly/ or by writing to WorldPerks Service Center, 601 Oak Street, Chisholm, MN 55719-1995.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY Passengers on a journey involving an ultimate destination or a stop in a country other than the country of origin are advised that the provisions of a treaty known as the Warsaw Convention may be applicable to the entire journey, including any portion entirely within the country of origin or destination. For such passengers on a journey to, from, or with an agreed stopping place in the United States of America, the Convention and special contracts of carriage embodied in applicable tariffs provide that the carrier shall not invoke the liability in Article 22 (1) of the Convention with regard to reasonable compensatory damage claims arising under Article 17 of the Convention or avail itself of any defense under Article 20 (1) of the Convention with respect to the portion of such claim not exceeding 100,000 Special Drawing Rights. For passengers traveling by a carrier not a party to such special contracts or on a journey not to, from, or having an agreed stopping place in the United States of America, liability of the carrier for death or personal injury to passengers is limited in most cases to approximately U.S. $10,000 or U.S. $20,000.

The names of carriers, parties to such special contracts, are available at all ticket offices of such carriers and may be examined upon request. Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under the Warsaw Convention or such special contracts of carriage. For further information please consult your airlines or insurance company representative.

THIS IS A POST-ONLY MAILING. PLEASE DO NOT RESPOND TO THIS MESSAGE.