P.O. Box 533008  
Orlando, Florida 32853-3008



## ZACCO & ASSOCIATES
REPORTING SERVICES

(407) 425-6789  
1 (800) 940-5522  
FAX (407) 425-9275

EGAN, LEV & SIWICA, P.A.  
PO BOX 2231  
ORLANDO, FLORIDA 32802-2231

Attn: KATHRYN PISCITELLI, ESQUIRE

| Statement Date |
|---|
| 06/21/2005 |

| Invoice Number |
|---|
| 052321 |

Please reference this invoice number when remitting

**Thank You!** Please return one copy of invoice with payment

| Reference | Charges |
|---|---|
| DateTaken: 10/20/2004<br>Reference: FREYTES-TORRES VS. CITY OF SANFORD<br>Case Number: 04-CA-1390-16-W | |
| TRANSCRIPT COPY OF JOSEPH DENARO'S DEPOSITION | $497.64 |
| ASCII DISK | $11.00 |
| CONDENSED TRANSCRIPT AND CONCORDANCE | $0.00 |
| TRANSCRIPT DELIVERY | $6.32 |
| *** Pay Only $468.15 If paid within 30 Days! *** | |
| PAYMENT DUE UPON RECEIPT         TOTAL | $514.96 |

**PROPER ENTITY AND EIN ARE AS FOLLOWS:**  
**OWNED AND OPERATED BY Z & A ACQUISITION CO., INC.**  
**EMPLOYER I.D. NO. 59-2938678**

| TOTAL BALANCE DUE: | $514.96 |
|---|---|

CG    AS    CO

Tuesday, June 21, 2005

Page 1 of 1

RECEIVED

JUN 22 2005

EGAN, LEV & SIWICA, P.A

P.O. Box 533008  (407) 425-6789
Orlando, Florida 32853-3008  1 (800) 940-5522
FAX (407) 425-9275



## ZACCO & ASSOCIATES
REPORTING SERVICES

EGAN, LEV & SIWICA, P.A.
PO BOX 2231
ORLANDO, FLORIDA 32802-2231

Attn: KATHRYN PISCITELLI, ESQUIRE

| Statement Date |
|---|
| 06/21/2005 |

| Invoice Number |
|---|
| 052321 |

Please reference this invoice number when remitting

**Thank You!** Please return one copy of invoice with payment

| Reference | Charges |
|---|---|
| DateTaken: 10/20/2004<br>Reference: FREYTES-TORRES VS. CITY OF SANFORD<br>Case Number: 04-CA-1390-16-W | |
| TRANSCRIPT COPY OF JOSEPH DENARO'S DEPOSITION | $497.64 |
| ASCII DISK | $11.00 |
| CONDENSED TRANSCRIPT AND CONCORDANCE | $0.00 |
| TRANSCRIPT DELIVERY | $6.32 |
| *** Pay Only $468.15 If paid within 30 Days! *** | |
| PAYMENT DUE UPON RECEIPT   **TOTAL** | $514.96 |
| **PROPER ENTITY AND EIN ARE AS FOLLOWS:**<br>OWNED AND OPERATED BY Z & A ACQUISITION CO., INC.<br>EMPLOYER I.D. NO. 59-2938678   **TOTAL BALANCE DUE:** | $514.96 |

CG     AS     CO

Tuesday, June 21, 2005  Page 1 of 1