

P.O. Box 533008
Orlando, Florida 32853-3008

(407) 425-6789
1 (800) 940-5522
FAX (407) 425-9275

## ZACCO&ASSOCIATES
### REPORTING SERVICES

EGAN, LEV & SIWICA, P.A.
PO BOX 2231
ORLANDO, FLORIDA  32802-2231

Attn: KATHRYN PISCITELLI, ESQUIRE

| Statement Date |
| --- |
| 01/06/2005 |

| Invoice Number |
| --- |
| 050050 |

Please reference this invoice number
when remitting

***Thank You!*** Please return one copy of invoice with payment

| Reference | Charges |
| --- | --- |
| DateTaken:      12/17/2004 | |
| Reference:      FREYTES-TORRES VS. CITY OF SANFORD | |
| Case Number:   6:03-CV-1732-ORL-22KRS | |
| ATTENDANCE AT DEPOSITION OF JOE DENARO | $154.00 |
| TRANSCRIPT COPY OF DEPOSITION | $104.50 |
| EXHIBITS | $231.82 |
| READING & SIGNING ADMINISTRATIVE FEE | $5.50 |
| CONDENSED TRANSCRIPT AND CONCORDANCE | $0.00 |
| *** Pay Only $450.75 If paid within 30 Days! *** | |
| PAYMENT DUE UPON RECEIPT                          TOTAL | $495.82 |
| TOTAL BALANCE DUE: | $0.00 |

PROPER ENTITY AND EIN ARE AS FOLLOWS:
OWNED AND OPERATED BY Z & A ACQUISITION CO., INC.
EMPLOYER ID NO. 59-2938678

LR                    CO

Wednesday, October 26, 2005