**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAULA FREYTES-TORRES,**

        **Plaintiff,**

**-vs-**                                       **Case No.  6:03-cv-1732-Orl-22KRS**

**CITY OF SANFORD, FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration by the Court *sua sponte*.  The Bill of Costs taxed against Plaintiff Paula Freytes-Torres by the Clerk of Court (doc. no. 133) on October 19, 2005, is hereby **VACATED**.  Because the final judgment of the District Court granting summary judgment in favor of Defendant City of Sanford, Florida (the City) is currently on appeal to the United States Court of Appeals for the Eleventh Circuit, *see* doc. no. 131, it is appropriate to await the outcome of the appeal before taxing any costs in this matter.

Accordingly, the Motion for Reduction of Costs Taxed by Clerk of Court (doc. no. 136) is **DENIED** as moot.  The City may resubmit its Bill of Costs, if appropriate, within twenty days after the issuance of a mandate on the appeal by the United States Court of Appeals for the Eleventh Circuit.  Freytes-Torres may file and serve a Renewed Motion for Reduction of Costs Taxed by Clerk

of Court, if appropriate, within five days of entry of a Bill of Costs taxed by the Clerk of Court.

**DONE** and **ORDERED** in Orlando, Florida this 8th day of November, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties