UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

PAULA FREYTES-TORRES,

    Plaintiff,

vs.                                          Case No. 6:03-cv-1732-Orl-22KRS

CITY OF SANFORD, FLORIDA,

    Defendant.
_____/

## UNOPPOSED MOTION OF JOSEPH EGAN, JR. TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Joseph Egan, Jr. respectfully requests that he and his firm, Egan, Lev & Siwica, P.A., be withdrawn as counsel for Plaintiff in this case, for the reasons stated below:

1. Lead counsel for Plaintiff, Kathryn S. Piscitelli has left the firm of Egan, Lev & Siwica, P.A. to join the firm Harris & Helwig, P.A., in Lakeland, Florida. Ms. Piscitelli will continue to represent Plaintiff in this case.

2. Ms. Piscitelli has, at all times, served as lead counsel for Plaintiff and will continue in that role. Granting this motion will not prejudice any of the parties or delay the proceedings.

3. In light of Ms. Piscitelli's departure from Egan, Lev & Siwica, P.A., and continued representation of Plaintiff, Plaintiff Paula Freytes-Torres discharged Joseph Egan, Jr., and Egan, Lev & Siwica, P. A., as counsel in this case and directed, in writing, that all her records, including accounting records, discovery materials, and court orders, accompany Ms. Piscitelli to the firm of Harris and Helwig, P.A. In accordance with Plaintiff's written directions, Plaintiff's records were transferred to Harris and Helwig, P.A.

4.      The decision by Ms. Freytes-Torres to discharge Joseph Egan, Jr. and the firm of Egan, Lev & Siwica, P.A. was solely a result of Ms. Piscitelli leaving the firm of Egan, Lev & Siwica, P.A., and Plaintiff's wish to continue with Ms. Piscitelli as lead counsel.

5.      Pursuant to Local Rule 3.01(g), Joseph Egan, Jr., conferred with Defendant's counsel Douglas Noah regarding his intent to seek withdrawal as Plaintiff's attorney.  Mr. Noah has no objection.

6.      Ms. Piscitelli also consents to Mr. Egan's withdrawal as Plaintiff's counsel and joins in this motion.

7.      In light of Ms. Freytes-Torres' discharge of Joseph, Egan, Jr., and the firm Egan, Lev & Siwica, P.A., they wish to withdraw as counsel.

For the foregoing reasons, Joseph Egan, Jr., respectfully requests that he and Egan, Lev & Siwica, P.A., be terminated as counsel of record in this case.

Respectfully submitted this **30th** day of **July,** 2008 by:

| | |
|---|---|
| **/s/ Joseph Egan, Jr.** | **/s/ Kathryn S. Piscitelli** |
| Joseph Egan, Jr., Esq. | Kathryn S. Piscitelli, Esq. |
| Florida Bar No. 180102 | Florida Bar No. 368598 |
| EGAN, LEV & SIWICA, P.A. | HARRIS & HELWIG, P.A. |
| P.O. Box 2231 | 6700 S. Florida Ave. |
| Orlando, FL 32802 | Suite 31 |
| Telephone:  (407) 422-1400 | Lakeland, FL 33813 |
| Facsimile:  (407) 422-3658 | Telephone:  (863) 648-2958 |
| jegan@eganlev.com | Facsimile:  (863) 619-8901 |
| | kathip@bellsouth.net |

**Certificate of Service**

     I HEREBY CERTIFY that on **July 30, 2008**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Douglas T. Noah, Esq., Kathryn S. Piscitelli, Esq., and Joseph Egan, Jr., Esq.

                                               **s/ Joseph Egan, Jr.**
                                               Joseph Egan, Jr., Esq.
                                               Florida Bar No. 180102
                                             EGAN, LEV & SIWICA, P.A.
                                             P.O. Box 2231
                                             Orlando, FL 32802
                                             Telephone:  (407) 422-1400
                                             Facsimile:   (407) 422-3658
                                             jegan@eganlev.com